## ARNOLD V. THE STATE.
(Decided January 23, 1913.)

APPEAL from Henry Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## BARR V. THE STATE.
(Decided January 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. V. CAMP.
(Decided December 17, 1912.)

APPEAL from Birmingham City Court.

Heard beofre Hon. C. W. FERGUSON.

TILLMAN, BRADLEY & MORROW, and JOHN S. STONE, for appellant. HARSH, BEDDOW & FITTS, for appellee.

Per curiam. Reversed and remanded on confession of error. See also 2 Ala. App. 649; 57 South. 50.

## BLEVINS V. THE STATE.
(Decided November 28, 1912.)

APPEAL from Cullman County Court.

Heard before Hon. J. D. BURKE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.